**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KAREEM M WARD

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

of Vital Records Bureau

D.C 37 union Insurence company

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 23-CV-5236-NRM-LB
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KAREEM H WARD |
| Street Address | 5113 2nd Ave |
| City and County | Brooklyn Kings |
| State and Zip Code | NY 11220 |
| Telephone Number | 347 995-0456 |
| E-mail Address | aline25@gmail.com |

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bureau of Vital Records |
| Job or Title (if known) | |
| Street Address | 125 Worth St #144 |
| City and County | New York, |
| State and Zip Code | NY 10013 |
| Telephone Number | 212 639-9675 |
| E-mail Address (if known) | |

Defendant No. 2

    Name    D.C 37 union insurence company

    Job or Title (if known)

    Street Address    125 BArclay St New york

    City and County    New york

    State and Zip Code    N,Y 10007

    Telephone Number    212 815-10007

    E-mail Address (if known)

Defendant No. 3

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 4

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 U.S. code 242 Deprivation of Rights under color of law 18 U.S code chapter 47 fraud And False Statements - 18 U.S code 1341 frauds And Swindles 18 U.S code 2071 concealment Removal or mutilation generally

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14th Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Vital Records intentionally corrected my birth certificate with malice, That Abled foster parent to conspire with D.C 37 To falsely claim Beneficiary entitlement money Benefits Belonging to me, As well with hold other Benefits such As Annuity

III.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

125 worth st # 144 Ny, N.y 10013 - 125 Barclay st, NY Ny 10007 foster parent applied to be put as biological parents to further A Identity theft, Charlette moore

B. What date and approximate time did the events giving rise to your claim(s) occur?

Around or about 9/11/15 when I was made Aware of the Death Benefits, June 17th 2016 I was made aware of Birth certificat

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE Korrection of my birth certificate Abled unAuthorized people access to City and state benefits, Federal social security Benefits, seperated me from biological parents which stripped me of Beneficiary entitlements, fourcing me to live less than my natural worth, Homelessness with Documentation of thousand's of Dollars Distrubuted in my name, Hospital Documentation Stating my Birth certificate Doesnt match hospital Records

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lost of Identity, financial Stability

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A Death Benefit from DC37 for 10 thousand $ Annuity that been Avilable since 2001, Becouse of my birth certificate I lost Access to Trustfund Estate, SSI And SSD Benefits, Retirement, survivors disability insurence, RailRoad Retirement Army pension, I Ask the courts to order the Judgement of 250 thousand Dollars each defendant

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~MAY 31~~ July 5th K.W, 20 ~~22~~ 23

Signature of Plaintiff _____

Printed Name of Plaintiff  KAReem H WARD